In the Matter of NOAH ROTWEIN, Appellant, against ABRAM GOODMAN, as Justice of the Municipal Court of the City of New York, Respondent.—

No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents.